FILED
OCT 04 2010

CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR09-50015 |
| Plaintiff, | FACTUAL BASIS STATEMENT |
| vs. | |
| LARRY M. HOPKINS<br>a/k/a Scott A. Curtiss, | |
| Defendant. | |

The parties to this action agree that the following facts are accurate and establish a factual basis pursuant to Fed. R. Crim. P. 11(b)(3) for the defendant's plea of guilty to the charge of Failure to Pay Legal Child Support Obligations, as contained in the Superseding Indictment in this action:

On May 9, 1995, the Superior Court of Washington County of Pend Oreille, Washington, entered an order requiring the defendant Larry M. Hopkins, also known as Scott A. Curtiss, to pay child support to Connie Frederick for their minor child. According to Hopkins, he was served on January 10, 2006. The defendant resides in Tennessee; the minor child resides in South Dakota. Although he has had, and continues to have, the ability to pay his child support obligation, the defendant willfully failed to pay his court ordered child support obligation for a period greater than two years. As of September 27, 2010, the amount of child support arrearages owed by Hopkins was in excess of $10,000.

BRENDAN V. JOHNSON
United States Attorney

10/4/10
Date

CAROLYN G. OLSON
Assistant United States Attorney
515 9th Street #201
Rapid City, SD 57701
Telephone: (605)342-7822
Facsimile: (605)342-1108
E-Mail: Carolyn.Olson@usdoj.gov

10-4-2010
Date

LARRY M. HOPKINS
a/k/a Scott A. Curtiss
Defendant

10-4-2010
Date

LORIE D. MELONE
Attorney for Defendant