UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| United States of America, | ) | CR. 09-50115-01 |
| --- | --- | --- |
| Plaintiff, | ) | |
| vs. | ) | SENTENCING EXHIBIT LIST |
| Larry M. Hopkins, | ) | |
| Defendant. | ) | |

| Plff No. | Dfdt No. | Witness | Description | Off. | Obj. | Rec. | Ref. | Date Filed |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 1. | | BMI Contract | D | N | X | | 4/11/2011 |
| | 2. | | Letter From Jeanada J. Piper | D | N | X | | 4/11/2011 |

R: Relevancy    A: Authenticity
H: Hearsay    O: Other (specify)
N: None

1